IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGIE VEDDER, DAVID SELF, DAVID R. BLEDSOE, MICHELE CRABTREE-RAJO, DAVID E. DAVIS, RON GREER, DAVID L. LOVE, and JOHN MCCLOUD,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CIVIL ACTION NUMBER:<br>1:13-cv-0315-AT<br>JURY DEMAND |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. Having considered the Parties' motion as well as additional information provided by the Parties, it is hereby ORDERED:

1. That the Joint Motion for Approval of Settlement is GRANTED; and

2. This case shall be DISMISSED, WITH PREJUDICE, in its entirety, with each party to bear his or her own costs.

3. The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreements. This Order will amend Paragraph 9 of the Agreements (Law Governing) to the extent necessary to permit the Court to retain jurisdiction for the purpose of enforcing the Parties' Agreements.

Consented and Agreed to on August 30, 2013

LOBER, DOBSON & DESAI, LLC
By: /s/ *William Gregory Dobson*
William Gregory Dobson   Georgia
Bar No. 237770
LOBER, DOBSON & DESAI, LLC
830 Mulberry Street, Suite 201
Macon, GA 31201
Telephone: (478) 745-7700
wgd@lddlawyers.com

Michael J. Lober
Georgia Bar No. 455580
LOBER, DOBSON & DESAI, LLC
3410 Overland Drive
Roswell, GA 30075
Telephone: (678) 461-9800
mjlober@lddlawyers.com

Gregory O. Wiggins
Kevin W. Jent
Wiggins Childs Quinn & Pantazis LLC
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Telefacsimile: (205) 254-1500
gwiggins@wcqp.com
kjent@wcqp.com

Attorneys for Plaintiffs

PAUL HASTINGS LLP
By: /s/ *William C. Barker*
William C. Barker
Georgia Bar No. 037727
PAUL HASTINGS LLP
1170 Peachtree Street, NE Suite 100
Atlanta, GA 30309-9998
Telephone: (404) 815-2400
Telefacsimile: (404) 815-2424
corybarker@paulhastings.com

Carson H. Sullivan
Admitted *pro hac vice*
Regan A. W. Herald
Admitted *pro hac vice*
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700
Telefacsimile: (202) 551-1705
carsonsullivan@paulhastings.com
reganherald@paulhastings.com

Attorneys for Defendant

SO ORDERED:

_____
United States District Judge